IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNA MELIS, | |
| Plaintiff, | Case No.: 1:25-cv-00511 |
| v. | Judge Andrea R. Wood |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Heather K. McShain |
| Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 2 | Zechong |
| 7 | Tarity |
| 14 | Ezaro Store |
| 15 | HBerry |
| 16 | Nie Pan |
| 22 | Fuyatong-US |
| 23 | linYiJunZiBiShangMaoYouXianGongSi |
| 33 | guangzhoushifuxingguangfushifuliaoyouxiangongsi |
| 42 | NDML |
| 46 | xuejiaodexiaodian |
| 49 | Wu Aizhi |
| 52 | Amaups |
| 63 | Beisong |
| 65 | WokotoButy |
| 71 | JENNIY |
| 72 | DiamondPas |
| 88 | wangzeyuanplus |
| 91 | AMOMA |
| 108 | LVXGRAN-US |

| | |
|---|---|
| 114 | Yundily |
| 119 | zhaojundedp |
| 143 | zheng zong fu |
| 145 | Jiapai Co.Ltd |
| 164 | DingJianHui |

DATED: February 28, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 28, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                  */s/ Keith A. Vogt*
                                                  Keith A. Vogt