IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANNA MELIS,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-00511

Judge Andrea R. Wood

Magistrate Judge Heather K. McShain

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 6 | DIYARUI |
| 21 | Streamzio |
| 24 | Ibuywill |
| 25 | Champbell |
| 26 | Klaudio |
| 44 | kakaki |
| 47 | BAIHUISHOP |
| 48 | ChenShouQuan111 |
| 50 | Rianley |
| 54 | Weiera |
| 55 | Giorgruth |
| 56 | betty li |
| 57 | HL·Mileage |
| 58 | Steeyi |
| 59 | Basil Irving |
| 60 | Breamblue N |
| 61 | Lasve |
| 62 | Leif Gao |
| 68 | Peggy Boll |

| 69 | JacyanUS |
|---|---|
| 73 | YJYdada |
| 77 | YinheX sports |
| 78 | HUILIFJAN |
| 81 | Wuannfy |
| 86 | Duskwhisper |
| 93 | RILODD |
| 97 | Lightning Deals of Today Prime 2024 |
| 99 | YINGMENG-US |
| 103 | WUAI Warehouse Clearance |
| 106 | WEUIE ( 7~15 days delivery ) |
| 113 | LSLJS |
| 115 | yuhui-e |
| 121 | INSTAKA |
| 122 | Shuliwen |
| 123 | Brandonz |
| 124 | Kesenlong |
| 125 | Lixianhe |
| 126 | icolorfuled |
| 127 | Gratier |
| 128 | saideli |
| 129 | Gongmu |
| 141 | Zardenal |
| 146 | Clothing DIY |
| 155 | Phenhua Clothing |
| 165 | Sulgyt |
| 166 | HOXINE |
| 167 | CWCWFHZH |
| 169 | Dadatutu |
| 172 | Viwoeim |
| 174 | Ratoop |
| 175 | DDgui |
| 178 | YueJiHao |
| 179 | Fyhuzp |
| 183 | Fanshiluo |
| 186 | Qwtwty |
| 187 | Livrdious |
| 188 | chunls |
| 189 | daxiba |
| 193 | aipeikedian |

DATED:  March 3, 2025	Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 3, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                         */s/ Keith A. Vogt*
                                         Keith A. Vogt