**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ANNA MELIS,

      Plaintiff,                                    Case No.:  1:25-cv-00511

v.                                               Judge Andrea R. Wood

THE PARTNERSHIPS AND               Magistrate Judge Heather K. McShain
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

## <u>NOTICE OF DISMISSAL</u>

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 10 | Morigins |
| 18 | vudinhtuyen25091990 |
| 19 | Kimlehanoi99 |
| 43 | Nguyenngoclan1210 |
| 64 | Xiahium Brand Shop 97484016 |
| 66 | TMLE |
| 67 | Fasheng2024 |
| 90 | CCLLEG-USA Direct |
| 95 | Halloween Costumes 2024 LAYHTKTL |
| 98 | Bokeley |
| 107 | HYYGOCCTV |
| 109 | nanbeiclo |
| 131 | Uscallm Flash Deals |
| 150 | WSNZHV |
| 168 | GNFQXSS |
| 173 | Mozhitti |
| 176 | Ikohbadg |
| 177 | potrochi |
| 180 | SPOORYYO Essentials |

| 182 | RKZDSR |
|-----|--------|
| 184 | JIbyfbs |
| 185 | YUNAFFT |
| 190 | Gyedtr |
| 191 | JUSHnsxcm |
| 192 | LIG87 |
| 194 | Jwputqe Home Clearance |
| 195 | Avdolw |
| 196 | Yonrjhukm |
| 197 | Sea Ying |
| 198 | Inerposs |

DATED:  March 27, 2025    Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 27, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt